Order issued: October 𝟤𝟤 , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01010-CV

**HEALTHSMART HOLDINGS, INC., Appellant**

V.

**REAGAN BRUCE, Appellee**

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-11763

## ORDER

We **GRANT** appellee's October 18, 2012 unopposed second motion for an extension of time to file a brief. Appellee shall file his brief on or before November 6, 2012. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE